**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Michael R. Hatchell and Karlee Dowd (Deceased),
Defendants,

Of whom Michael R. Hatchell is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2019-001847

———————————

Appeal From Lexington County
Robert E. Newton, Family Court Judge

———————————

Unpublished Opinion No. 2020-UP-162
Submitted May 21, 2020 – Filed May 27, 2020

———————————

**AFFIRMED**

———————————

Nancy Carol Fennell, of Irmo, for Appellant.

Scarlet Bell Moore, of Greenville, for Respondent.

Robin Page, of Law Office of Robin Page, LLC, of Columbia, for the Guardian ad Litem.

————————

**PER CURIAM:**  Michael R. Hatchell appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Hatchell's counsel.

**AFFIRMED.**[1]

**WILLIAMS, KONDUROS, and HILL, JJ., concur.**

————————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.